UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Crim. No. 10-835 (KSH) |
| RICKY BOYD | : | <u>ORDER FOR CONTINUANCE</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Lee M. Cortes, Jr., Assistant U.S. Attorney, appearing), and defendant Ricky Boyd (Patrick McMahon, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Defense counsel requires adequate time to review discovery in this matter;

(2) Taking into account the exercise of due diligence, defendant requires the reasonable time necessary for effective trial preparation and a failure to grant a continuance would deny the defendant such reasonable time. Further, failure to grant such

a continuance would unreasonably deny the defendant continuity of counsel, taking into account the commitments of defense counsel before other courts of the United States;

(3) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 22nd day of June, 2011,

ORDERED that this action be, and hereby is, continued until August 1, 2011; and it is further

ORDERED that pretrial motions be filed by July 8, 2011, that oppositions be due on July 22, 2011, that a motions hearing will be held on July 29, 2011, and that trial is set for August 1, 2011; and it is further

ORDERED that the period from the date of this order through August 1, 2011 shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. KATHARINE S. HAYDEN
United States District Judge

Form and entry
consented to:

*(signature)*

LEE M. CORTES, JR.
Assistant U.S. Attorney

*(signature)*

PATRICK MCMAHON, Esq.
Counsel for defendant Ricky Boyd