UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | HON. KATHARINE S. HAYDEN |
| | : | |
| v. | : | CRIMINAL NO. 10-0835 (KSH) |
| | : | |
| RICKY BOYD | : | |
| | | SCHEDULING ORDER |

This matter having come before the Court on the application of defendant, Ricky Boyd, through his counsel, Patrick McMahon, Esq., Assistant Federal Public Defender, and the United States, by Lee M. Cortes, Jr., Assistant United States Attorney,

IT IS ON THIS  21st  day of July, 2011

ORDERED that a bail hearing will be held on Wednesday July 27, 2011 at 9 a.m.  It is further,

ORDERED that Pre-trial motions in this case be filed by August 5, 2011,

    Responses to be filed by August 22, 2011

    Arguments will be heard on September 9, 2011

    Scheduling of the trial date in this matter will be decided on July 27, 2011.

    /s/ Katharine S. Hayden
    KATHARINE S. HAYDEN
    United States District Judge