UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :     Crim. No.: 10-835 (KSH)
                             :
                             :
         vs.                 :
                             :
RICKY BOYD                   :     DETENTION ORDER
                             :

      This matter having been opened to the Court on motion of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (Jacques S. Pierre, Assistant United States Attorney, appearing), in the presence of Patrick McMahon, Assistant Federal Public Defender, attorney for defendant Ricky Boyd, for an order pursuant to Title 18, United States Code, Section 3142(e) to detain defendant Boyd without bail pending trial in the above-entitled matter, and a bail review hearing having been held before the Honorable Katherine S. Hayden, United States District Judge, on July 27, 2011, and bail having been denied:

      IT IS, therefore, on this 27th day of July, 2011,

      ORDERED, pursuant to Title 18, United States Code, Section 3142, that defendant Boyd be committed to the custody of the Attorney General or his authorized representative pending trial in the above-entitled matter; and it is further

      ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that defendant Boyd be afforded reasonable

opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, defendant Boyd shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings; and it is further

ORDERED that the motion of the United States for an order detaining defendant Boyd without bail pending trial is hereby granted, and defendant Boyd is hereby ordered detained pending trial in the above-entitled matter.

                                                  HONORABLE Katherine S. Hayden
                                                  United States District Judge