## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| | : | |
| v. | : | Criminal No. 10-835 (KSH) |
| | : | |
| RICKY BOYD | : | **ORDER** |

This matter having come before the Court on the Motion of Defendant Ricky Boyd to Suppress Evidence, and the Court having presided over the suppression hearing conducted on defendant Boyd's motion on September 19, 2011, and consistent with the Court's opinion that was delivered orally to the parties on October 4, 2011, it is hereby ORDERED that:

1. Defendant Boyd's Motion to Suppress is hereby DENIED for the reasons stated by the Court on October 4, 2011; and

2. Pretrial conference in this matter is scheduled for November 18, 2011 at 3:00 p.m.. Jury selection will begin on November 21, 2011 at 9:00 a.m. Trial in this matter will begin on November 28, 2011 at 9:00 a.m.

KATHARINE S. HAYDEN
United States District Judge

Dated: October 24, 2011