UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Criminal No. 10-835 (KSH) |
| RICKY BOYD | : | **ORDER** |

These matters having come before the Court upon the motions *in limine* of the United States, by Paul J. Fishman, United States Attorney (Lee M. Cortes, Jr., Assistant United States Attorney, appearing), for an Order to Limit the Cross-Examination of Detectives Emanuel Pereira and Juan Ramos of the Newark Police Department and for an Order to Admit Evidence Pursuant to Federal Rules of Evidence 404(b) and 609(a)(1), and the motion *in limine* of defendant Ricky Boyd, (Patrick McMahon, Esq., appearing) for an Order to Compel the Disclosure of the Grand Jury Testimony of Joseph Leon Alexander, and the Court having presided over these motions at a hearing conducted on November 21, 2011, and consistent with the Court's opinion that was delivered orally to the parties on November 21, 2011,

IT IS, on this 22nd day of November, 2011,

ORDERED that the motion *in limine* of the United States to Limit the Cross-Examination of Detectives Emanuel Pereira and Juan Ramos is hereby GRANTED; and it is further

ORDERED that the motion *in limine* of the United States to Admit Evidence Pursuant to Federal Rules of Evidence 404(b) and 609(a)(1) is hereby GRANTED; and it is further

ORDERED that the motion *in limine* of defendant RICKY BOYD to Compel the Disclosure of the Grand Jury Testimony of Joseph Leon Alexander is hereby GRANTED in part and DENIED in part; and it is further

ORDERED that the United States disclose to defendant RICKY BOYD those portions of the Grand Jury Testimony of Joseph Leon Alexander that were set forth by the Court at the November 21, 2011 hearing.

       /s/ Katharine S. Hayden
KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE